UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE EX PARTE APPLICATION OF
QUALCOMM INCORPORATED,

Applicant.

Case No. 5:16-mc-80003-PSG

**ORDER GRANTING LEAVE TO FILE OPPOSITION**

**(Re: Docket No. 13)**

Qualcomm Incorporated seeks permission to take discovery from Intel Corporation under 28 U.S.C. § 1782.[1] Intel requests leave to file an opposition to Qualcomm's application.[2] Intel's request is GRANTED and it may file an opposition brief, no later than February 1, 2016.

**SO ORDERED.**

Dated: January 26, 2016

PAUL S. GREWAL
United States Magistrate Judge

[1] *See* Docket No. 1.

[2] *See* Docket No. 13.

Case No. 5:16-mc-80003-PSG
ORDER GRANTING LEAVE TO FILE OPPOSITION